IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA MARIE KENNEDY, ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> Defendant. ) <br> _____) | 1:08-cv-00308 OWW GSA <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br> (Document 6) <br><br> ORDER GRANTING EXTENSION OF TIME |

On February 27, 2008, Plaintiff filed the present action in this Court.  Plaintiff seeks review of the Commissioner's denial of her application for benefits.  On February 27, 2008, Plaintiff also filed a motion to proceed in forma pauperis.  Thereafter, on March 7, 2008, the court granted Plaintiff's motion to proceed in forma pauperis and ordered that the Clerk of this Court issue summons and the United States marshal serve a copy of the complaint, summons and order upon the defendant "as directed by the plaintiff."  (Document 3.)

On March 7, 2008, a Scheduling Order was issued in this matter with the following attachments:  (1) Instructions for Service of Social Security Appeals and Notice of Submission of Documents in Social Security Appeal and (2) USM-285 Form.  The instructions directed Plaintiff to provide the clerk's office with the original and five copies of the Summons, five copies of the order directing service by the U.S. Marshal, five copies of the complaint, one completed USM-285 form

1

1  addressed to the Social Security Administration and five copies of any other documents to be served.
2  Plaintiff was served with the aforementioned order and attachments by mail on March 7, 2008.
3       As of July 14, 2008, Plaintiff had not submitted the required documents to the clerk's office
4  for service by the United States Marshal on the defendant(s).  Therefore, the court issued an order for
5  Plaintiff to show cause why the action should not be dismissed for her failure to submit the required
6  documents and to prosecute this action in a timely manner.  (Document 6.)  On August 7, 2008,
7  Plaintiff filed a written response to the Order to Show Cause dated July 31, 2008.  (Document 8.)
8  Plaintiff explained that she has had difficulty finding a lawyer to help her with this matter.  Although
9  Plaintiff has not expressly requested additional time to obtain a lawyer or to submit the correct
10 paperwork, the court construes her request not to dismiss or close the case as a request for an
11 extension of time.
12      Good cause appearing, the Order to Show Cause issued on July 14, 2008, is DISCHARGED
13 and Plaintiff's request for additional time is GRANTED.  Plaintiff is ORDERED to submit the
14 required paperwork, as outlined in the attachments to the Court's March 7, 2008 Scheduling Order,
15 to the clerk's office for service by the United States Marshal within **twenty (20) days** of the date of
16 this Order.  Failure to respond to this Order within the time specified will result in dismissal of this
17 action.

22      IT IS SO ORDERED.
23      Dated:   **August 13, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2