1
2
3
4

5        # UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF CALIFORNIA

7    PAULA MARIE KENNEDY,                    )    1:08-cv-00308-OWW-GSA
                                            )
8                    Plaintiff,             )
                                            )
9         v.                                )    ORDER DIRECTING CLERK TO SEAL
                                            )    DOCUMENT
10   COMMISSIONER OF SOCIAL                  )
     SECURITY,                              )    ORDER GRANTING EXTENSION OF TIME
11                                          )
                                            )
12                   Defendant.             )
                                            )
13   _____    )

14        Upon review of the Motion for Extension of Time by Plaintiff Paula Marie Kennedy,

15   filed March 2, 2009, the Court hereby ORDERS that this document BE FILED UNDER SEAL

16   pursuant to Local Rule 39-141(a).  The Court is ordering the sealing of this document because it

17   contains personal identifying information related to the Plaintiff.

18        By this order, the Court DIRECTS the Clerk of the Court to file this document under seal.

19        Plaintiff is GRANTED an extension of time, up to and including April 3, 2009, within

20   which to file her opening brief.

21

22        IT IS SO ORDERED.

23   **Dated:   March 4, 2009**            _____/s/ **Gary S. Austin**_____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                           1